Form NTCFTFC7

# United States Bankruptcy Court

***Northern District of Illinois***

***Eastern Division***
***219 S Dearborn***
***7th Floor***
***Chicago, IL 60604***

---

In Re:

Glenn F. Drover Jr.
13731 Capista Dr.
Plainfield, IL 60544
SSN: xxx−xx−8912 EIN: N.A.

Case No. : 26−11093
Chapter : 7
Judge : Deborah L. Thorne

---

Debtor's Attorney:
Robert N Honig
116 S. York Street, Suite 215
Elmhurst, IL 60126

630 834−1800

Trustee:
Gregg Szilagyi
Gregg Szilagyi, Chapter 7 Trustee
33 N. Dearborn Street
Suite 1800
Chicago, IL 60602

312−663−0801

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***July 2, 2026 .***

1. ***December 9, 2026*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***December 29, 2026*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: September 8, 2026

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 26-11093-DLT

Glenn F. Drover, Jr. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 2

Date Rcvd: Sep 08, 2026 Form ID: ntcftfc7 Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn F. Drover, Jr., 13731 Capista Dr., Plainfield, IL 60544-7965 |
| 32138250 | + | Christine Drover, 13731 Capista Dr., Plainfield, IL 60544-7965 |
| 32138254 | + | Much Shelist, P.C., Attn: Isaac R. Zfaty, Esq., 660 Newport Ctr Dr., Ste 900, Newport Beach, CA 92660-6440 |
| 32138256 | + | Shepard Mullin Richter & Hampton LL, 4 Embarcadero Ctr., 17th Floor, San Francisco, CA 94111-4158 |
| 32138257 | | Slamwich, 1829 Beaufort Ave., Unit 250, Comox BC, V9M 1R9, Canada |
| 32138258 | | Slamwich Footlong Holdings, Ltd., PO Box 9431 Stn Prov Govt, Victoria BC V8W 9V3, Canada |
| 32138252 | + | William Hupp, 405 Dawn Ave., Glen Ellyn, IL 60137-4331 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QGSZILAGYI.COM | Sep 09 2026 06:14:00 | Gregg Szilagyi, Gregg Szilagyi, Chapter 7 Trustee, 33 N. Dearborn Street, Suite 1800, Chicago, IL 60602-3102 |
| 32138248 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2026 02:43:29 | American Express, Box 0001, Los Angeles, CA 90096-0001 |
| 32138249 | + | EDI: CAPITALONE.COM | Sep 09 2026 06:14:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 32138251 | + | Email/Text: loanassistance@dupagecu.com | Sep 09 2026 02:39:00 | DuPage Credit Union, P.O. Box 3930, Naperville, IL 60567-3930 |
| 32138253 | | Email/Text: EBN@Mohela.com | Sep 09 2026 02:38:00 | Missouri Higher Education Loan, 633 Spirit Dr., Chesterfield, MO 63005-1243 |
| 32138255 | ^ | MEBN | Sep 09 2026 02:37:26 | Roundpoint Mortgage Services, 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Gregg Szilagyi | gs@tailserv.com gszilagyi@ecf.axosfs.com;gszilagyi@epiqtrustee.com |
| Robert N Honig | on behalf of Debtor 1 Glenn F. Drover Jr. robert@roberthonig.com, r50690@notify.bestcase.com |

TOTAL: 3